**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER RAE THOMSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-867 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER TO SHOW CAUSE**

The plaintiff, Jennifer Rae Thomson, as applicant to be the dependent administratrix of the Estate of Nicolas Chavez, filed a second amended complaint on August 13, 2021. (Docket Entry No. 29). This court dismissed Thomson's first amended complaint because she had not pleaded facts showing that she had the capacity to assert claims on the estate's behalf. (Docket Entry No. 27, at 13–14). The court granted Thomson leave to amend the complaint to assert claims on behalf of the estate within 14 days after the probate court issued a ruling on the appointment of the estate's representative. The court also ordered the plaintiffs to amend their 42 U.S.C. § 1983 claims by August 13, 2021. (*Id.*, at 1–2).

The August 13, 2021, deadline arrived before a ruling had been issued on the appointment of the estate's representative. Thomson filed an amended complaint on August 13, 2021, asserting a § 1983 claim against the City of Houston. (Docket Entry No. 29). The City of Houston moved to dismiss Thomson's amended complaint, asserting that Thomson had not pleaded sufficient facts to establish her capacity to assert claims on behalf of the estate. (Docket Entry No. 31). Thomson responded that a probate court hearing was scheduled for September 27, 2021, and that she would amend her complaint within 14 days after the probate court ruled on the appointment of the estate's

representatives. (Docket Entry No. 32). It is now December. Thomson has not moved to amend. There is no indication of a probate court ruling.

The parties are **ORDERED** to file a written statement to show cause, **no later than December 10, 2021, by 5:00 p.m. (CST)**, why this court should not stay this case pending the probate court's ruling on the appointment of the estate's representatives. If the parties do not respond adequately to this order by December 10, 2021, the court may stay and administratively close this case, without further notice.

SIGNED on December 2, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge