**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JENNIFER RAE THOMSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-867 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This civil action is stayed and administratively closed pending the probate court's appointment of a representative for the estate of Nicolas Chavez. Jennifer Rae Thomson may reinstate this case to the active docket by motion filed no later than 14 days after the probate court issues its decision. Any pending motions are denied without prejudice. They may be refiled if appropriate after the case is reinstated to the active docket after the probate court appoints an estate representative. The parties do not need to inform the court of hearings or briefs that precede a ruling on the appointment of a representative in the proceedings before the probate court.

SIGNED on December 13, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

P:\CASES\2021\21-867\21-867.order.tofile.docx